IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00842-MSK-MJW

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MOLLEUR CONSTRUCTION, INC., a Colorado corporation with its principal place of business in Leadville, Colorado,

    Plaintiff,

v.

AU'AUTHUM KI, INC., an Arizona corporation with its principal place of business in Tempe, Arizona; and
SAFECO INSURANCE COMPANY OF AMERICA, INC., a Washington corporation with its principal place of business in Seattle, Washington,

    Defendants.

_____

### ORDER DISMISSING CASE AND DIRECTING CLERK TO CLOSE FILE
_____

This Court, having reviewed the Stipulation For Dismissal With Prejudice **(#74)**, and being otherwise fully advised in the premises,

ORDERS that this civil action be, and hereby is, immediately **DISMISSED WITH PREJUDICE**, the parties to pay their own costs and attorneys' fees. The Clerk is directed to close the file.

DATED this 13th day of January 2006.

                                              **BY THE COURT:**

                                              *Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge